# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2005

127780(87)
127823(92)
127836

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BEVERLY HEIKKILA, as Personal
Representative of the ESTATE OF SHERI
L. WILLIAMS,
        Plaintiff-Appellee,

v

NORTH STAR TRUCKING, INC.,
        Defendant,
and

MARC ROLLAND SEVIGNY and J.R.
PHILLIPS TRUCKING, LTD.
        Defendants-Appellees,
and

NORTH STAR STEEL CO.,
        Defendant-Cross-
        Plaintiff-Appellant,
v

INTERNATIONAL MILL SERVICE, INC.
        Defendant/Cross-
        Defendant-Appellee.

_____

SC: 127780, 127823, 127836
COA: 246761
Monroe CC: 00-011135-NI

On order of the Chief Justice, the motion by plaintiff-appellee for extension to November 21, 2005 of the time for filing her supplemental brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2005

_____
Clerk